IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDOHEART AG, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-1473-LPS |
| EDWARDS LIFESCIENCES CORPORATION, | : | |
| Defendant. | : | |

## ORDER

At Wilmington, this **31st** day of **March, 2016**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the disputed claim terms of U.S. No. 8,182,530 (the "'530 patent") are construed follows:

| Claim Term | Court's Construction |
|---|---|
| **configured to conform to the direction of blood flow**<br><br>['530 patent, claims 1 and 6] | No construction necessary at this time.<br><br>However, if the parties believe that construction of the term could add meaningful clarity to the language of the claims, they may, no later than April 7, 2016, jointly propose a construction to the Court that is not inconsistent with their arguments at the claim construction hearing and the statements in the Court's Opinion. (*See* Tr. 15-17, 24-27, 53-65) |
| **elongated wire configured / elongated wire having a length along which the wire is configured**<br><br>['530 patent, claims 1 and 6] | elongated wire configured: A guidewire having a portion of its length configured<br><br>elongated wire having a length along which the wire is configured: A guidewire having a portion of its length configured |

16

| | |
|---|---|
| **installing**<br><br>['530 patent, claims 1 and 6] | Putting into place such that further action is required to remove it |
| **access device having means for preventing bleeding through the access device**<br><br>['530 patent, claims 1 and 6] | <u>Access device:</u> a device that provides an access port<br><br>The term "means for preventing bleeding through the device" is a means-plus-function term subject to 35 U.S.C. §112 ¶6.<br><br><u>Function:</u> preventing bleeding through the access device<br><br><u>Means:</u> a valve that is mechanically operable as an iris diaphragm or constructed of an elastic material with a small central opening that is dilated by equipment inserted therethrough and always maintains a fluid-tight seal with the inserted equipment |
| **the feeding directed by the blood flow**<br><br>['530 patent, claim 6] | the wire fed into the heart conforming to the direction of blood flow |

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

17